Rosanna Palin, as Administratrix, etc., of Adelard Palin, Deceased, Respond-

ent, v. Cary Brick Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates within thirty days to reduce the verdict to the sum of $5,000, in which case the judgment as so modified and the order affirmed, without costs. All concurred, except Cochrane, J., not voting.